IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Ronda Matthies, | ) |
| | ) Case No. 1:17-cv-00771-GJQ-PJG |
| Plaintiff, | ) |
| | ) **NOTICE OF SETTLEMENT** |
| v. | ) |
| | ) |
| Lee Law Offices, P.C., | ) |
| | ) |
| Defendant. | ) |
| | ) |

Notice is hereby given that the parties have reached a settlement in this case. Plaintiff respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved and final dismissal paperwork may be filed.

Dated: January 23, 2018

Respectfully submitted,

s/Joseph Panvini
Joseph Panvini
Thompson Consumer Law Group, PLLC
5235 E. Southern Ave. D106-618
Mesa, AZ 85206
Telephone: (602) 388-8875
Facsimile: (866) 317-2674
jpanvini@consumerlawinfo.com
Attorney for Plaintiff

1

2

## CERTIFICATE OF SERVICE

I certify that on January 23, 2018, I filed the foregoing document with the Court using CM/ECF, which will send notification of such filing to all counsel of record.

s/Joseph Panvini  
Joseph Panvini