IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Ronda Matthies, | )<br>) Case No. 1:17-cv-00771-GJQ-PJG |
| Plaintiff, | )<br>) **JOINT STIPULATION FOR** |
| v. | ) **VOLUNTARY DISMISSAL WITH**<br>) **PREJUDICE** |
| Lee Law Offices, P.C., | )<br>) |
| Defendant. | )<br>) |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties in this matter, through their undersigned counsel, stipulate and agree to voluntarily dismiss this matter with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: February 8, 2018

Respectfully submitted,

| | |
|---|---|
| s/Joseph Panvini | s/Patrick D. Filbin |
| Joseph Panvini | Patrick D. Filbin |
| Thompson Consumer Law Group, PLLC | Plunkett Cooney, P.C. |
| 5235 E. Southern Ave. D106-618 | 38505 Woodward Ave. Ste. 100 |
| Mesa, AZ 85206 | Bloomfield Hills, MI 48304 |
| Telephone: (602) 388-8875 | Telephone: (248) 594-8224 |
| Facsimile: (866) 317-2674 | Facsimile: (248) 901-4040 |
| jpanvini@consumerlawinfo.com | pfilbin@plunkettcooney.com |
| Attorney for Plaintiff | Attorneys for Defendant |

IT IS SO ORDERED.

Dated: February 9, 2018

/s/ Gordon J. Quist
GORDON J. QUIST
UNITED STATES DISTRICT COURT